

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**FILED APR 21 2008**
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES OF AMERICA

vs.

CASEY D. HENRY

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-107 (GHL)

____Lionel Hector Esq____
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere] as to count(s) _1 as amended on the record_

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Ability Impaired in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: February 10, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $400.00 and special assessment of $5.00. Total amount of the fine and special assessment amounts to $405.00, payable no later than June 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

____April 16, 2008____
Date of Imposition of Sentence

____April 19, 2008____
DATE SIGNED

____[signature]____
GEORGE H. LOWE
U.S. Magistrate Judge